UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| RODERICK AARON PIGGEE, JR., | ) | No. ED CV 12-1507-DSF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| ELVIN VALENZUELA, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/8/13

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE